# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00504 JVS (JDEx)<br><br>**PROTECTIVE ORDER**<br><br>DISCOVERY MATTER<br><br>Magistrate Judge John D. Early<br><br>Date Action Filed: March 12, 2020<br>Trial Date: July 27, 2021 |

Pursuant to the Stipulation (Dkt. 25) by Plaintiff Insight Psychology and Addiction, Inc. and Defendant City of Costa Mesa, and good cause appearing therefor, the Court enters the Stipulation (Dkt. 25) as an Order of the Court.

IT IS SO ORDERED.

DATED: June 23, 2020

_____
JOHN D. EARLY
United States Magistrate Judge