UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-504JVS(JDEx) | Date | 12/18/20 |
| Title | Insight Psychology and Addiction, Inc. v. City of Costa Mesa | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| | |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] Order Regarding Motion to Dismiss**

  The Court has preliminarily reviewed the motion to dismiss and strike filed by Plaintiff and Counter-Defendant Insight Psychology and Addiction, Inc. ("Insight") and Plaintiff Jane Doe ("Doe") (together– "Plaintiffs"). Mot., Dkt. No. 48. Local Rule 11-6 states that "no memorandum of points and authorities, pre-trial brief, trial brief, or post-trial brief shall exceed 25 pages in length, excluding indices and exhibits, unless permitted by order of the judge." L.R. 11-6.

   There motion Plaintiffs filed is 40 pages long, which is 15 pages over the limit, and no leave of Court was ever sought to file an oversized brief.

  Accordingly, the Court strikes the motion, and the hearing set for January 4, 2021 is **VACATED**. Fed. R. Civ. P. 78; L.R. 7-15. The motion may be re-noticed for a new date, provided the renewed motion is in compliance with Local Rule 11-6.

   **IT IS SO ORDERED.**