UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-504 JVS(JDEx); SACV 19-1710 JVS(PJWx) | Date | March 25, 2021 |
| Title | Insight Psychology and Addiciton, Inc. v. City of Costa Mesa; The Ohio House LLC v. City of Costa Mesa | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE RE CONSOLIDATION**

Federal Rule of Civil Procedure 42(a) ("Rule 42(a)") provides that "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). The Court "has broad discretion under this rule to consolidate cases." Investors Research Co. v. United States Dist. Court, 877 F.2d 777, 777 (9th Cir. 1989).

Having reviewed extensively the records and various motions filed in Insight Psychology and Addiction, Inc. v. City of Costa Mesa and The Ohio House LLC v. City of Costa Mesa, the Court believes that there are several common questions of law and fact, and is considering consolidation in the interests of justice and the efficient resolution of both cases.

Accordingly, the Court orders counsel for Insight, Ohio House, and Costa Mesa to show cause why the Court should not consolidate case numbers SACV 20-504 JVS (JDEx) and SACV 19-1710 JVS (PJWx). A written response of no more than five pages[1] is due by 5pm on April 5, 2021.

: 0

---

[1] Costa Mesa may have ten pages if it chooses to respond to the OSC regarding both Insight and Ohio House in the same filing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-504 JVS(JDEx);<br>SACV 19-1710 JVS(PJWx) | Date | March 25, 2021 |
| Title | Insight Psychology and Addiciton, Inc. v. City of Costa Mesa;<br>The Ohio House LLC v. City of Costa Mesa | | |

| | | | |
|---|---|---|---|
| | | Initials of Preparer | lmb |