Mary Helen Beatificato, Esq. (State Bar No. 220936)
Insight Psychology and Addiction, Inc.
4000 Birch Street, Suite 112
Newport Beach, CA 92660
Telephone:   (949) 216-3851
Facsimile:   (949) 467-9945

Alisha Patterson (State Bar No. 274630)
apatterson@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Plaintiff and Counter-Defendant
INSIGHT PSYCHOLOGY AND ADDICTION,
INC. and Counter-Defendants MARY HELEN
BEATIFICATO and GERALD GROSSO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation, and JANE DOE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00504 JVS (JDEx)<br><br>HONORABLE JAMES V. SELNA<br>COURTROOM 10C<br><br>**DECLARATION OF ALISHA PATTERSON IN RESPONSE TO MAGISTRATE JUDGE EARLY'S OCTOBER 13, 2021 ORDER (DKT. 116)**<br><br>Date Action Filed:  March 12, 2020<br>Trial Date:              February 22, 2022 |
| CITY OF COSTA MESA, a municipal corporation,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation; MARY HELEN BEATIFICATO, an individual; GERALD GROSSO, an individual; and ROES 1-50,<br><br>Counter-Defendants. | |

/ / /

# DECLARATION OF ALISHA PATTERSON

I, Alisha Patterson, declare as follows:

1. I am a partner in the law firm of Rutan & Tucker, LLP.  I am one of the attorneys of record for Plaintiff and Counter-Defendant Insight Psychology and Addiction, Inc. ("Insight") and Counter-Defendants Mary Helen Beatificato ("Ms. Beatificato") and Gerald Grosso ("Dr. Grosso") in this action.  I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have read the Central District of California Civility and Professionalism Guidelines, available on the Court's website, and I agree that I will abide by those Guidelines as well as the Federal Rules of Civil Procedure and the Local Civil Rules of this Court in the conduct of discovery in this action.

Executed on October 14, 2021, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Alisha Patterson