Autumn M. Elliott, SBN 230043
Zeenat Hassan, SBN 294138
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Street, Suite 290
Los Angeles, CA  90017
Tel.:  (213) 213-8000
Fax:  (213) 213-8001
Autumn.Elliott@disabilityrightsca.org
Zeenat.Hassan@disabilityrightsca.org

Christopher Brancart, SBN 128475
BRANCART & BRANCART
P.O. Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103
cbrancart@brancart.com

Attorneys for PLAINTIFF JANE DOE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation, and JANE DOE, an individual;<br><br>    Plaintiffs,<br>v.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>CITY OF COSTA MESA, a municipal corporation,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation MARY HELEN BEATIFICATO, an individual; GERALD GROSSO, an individual; and ROES 1-50,<br><br>    Counter-Defendants. | **Case No. 8:20-cv-00504 JVS (JDEx)**<br><br>**DECLARATION OF ZEENAT HASSAN IN RESPONSE TO MAGISTRATE JUDGE EARLY'S OCTOBER 13, 2021 ORDER (DKT. 116)**<br><br>**Action Filed:** March 12, 2020<br>**Trial Date:** February 22, 2022<br><br>**Judge:** Hon. James V. Selna<br>**Courtroom:** 10C |

---

*Insight v City of Costa Mesa.*, Case No. 8:20-cv-00504 JVS (JDEx)
Decl of Zeenat Hassan in Response to Magistrate Judge Early's Otc. 13, 2021 Order

## DECLARATION OF ZEENAT HASSAN

I, Zeenat Hassan, declare as follows:

1. I am an attorney at Disability Rights California. I am one of the attorneys of record for Plaintiff Jane Doe in this action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have read the Central District of California Civility and Professionalism Guidelines, available on the Court's website, and I agree that I will abide by those Guidelines as well as the Federal Rules of Civil Procedure and the Local Civil Rules of this Court in the conduct of discovery in this action.

Executed on October 14, 2021, at San Leandro, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 14, 2021                             DISABILITY RIGHTS CALIFORNIA

By: _____
Zeenat Hassan
Attorney for Plaintiff Jane Doe

2

*Insight v City of Costa Mesa.*, Case No. 8:20-cv-00504 JVS (JDEx)
Decl of Zeenat Hassan in Response to Magistrate Judge Early's Otc. 13, 2021 Order