Mary Helen Beatificato, Esq. (State Bar No. 220936)
Insight Psychology and Addiction, Inc.
4000 Birch Street, Suite 112
Newport Beach, CA 92660
Telephone:   (949) 216-3851
Facsimile:   (949) 467-9945

Alisha Patterson (State Bar No. 274630)
apatterson@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Plaintiff and Counter-Defendant
INSIGHT PSYCHOLOGY AND ADDICTION,
INC. and Counter-Defendants MARY HELEN
BEATIFICATO and GERALD GROSSO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation, and JANE DOE, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>CITY OF COSTA MESA, a municipal corporation,<br><br>    Counter-Plaintiff,<br><br>    vs.<br><br>INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation; MARY HELEN BEATIFICATO, an individual; GERALD GROSSO, an individual; and ROES 1-50,<br><br>    Counter-Defendants. | Case No. 8:20−cv−00504−MEMF−JDE<br><br>Judge:   Honorable Maame Ewusimensah Frimpong<br>Ctrm:    8B<br><br>**INSIGHT PSYCHOLOGY AND ADDICTION, INC.'S REQUEST FOR LEAVE TO FILE INSIGHT'S [PROPOSED] NOTICE OF THREE NEWLY-ISSUED SUPPLEMENTAL LEGAL AUTHORITIES IN SUPPORT OF INSIGHT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND ITS OPPOSITION TO THE CITY OF COSTA MESA'S MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] REQUEST FOR JUDICIAL NOTICE OF TWO OF THE AUTHORITIES**<br><br>Date Action Filed:   March 12, 2020<br>Trial Date:          To Be Determined<br><br>Motions Filed:      December 6, 2021<br>Motions Argued:     May 22, 2022 |

///

**TO THE HONORABLE COURT AND COUNSEL OF RECORD:**

On December 6, 2021 Plaintiff and Cross-Defendant Insight Psychology and Addiction, Inc. ("Insight"), joined by Plaintiff Jane Doe ("Ms. Doe"), filed a Motion for Partial Summary Judgment, or in the alternative, Motion for Summary Adjudication and Defendant and Cross-Plaintiff City of Costa Mesa ("City") filed a Motion for Summary Judgment. These Motions were argued on May 12, 2022, and were taken under consideration by the Court at that time.

Pursuant to this Request and the Proposed Notice of Supplemental Legal Authority and Proposed Request for Judicial Notice attached hereto as Exhibit A, Insight wishes to apprise the Court of three supplemental authorities that the parties could not address in their papers or at oral argument because the authorities did not exist until after briefing and oral argument was complete:

1. *Socal Recovery, LLC v. City of Costa Mesa*, 56 F.4th 802 (9th Cir. 2023), cert. denied sub nom. *Costa Mesa, CA v. SoCAL Recovery, LLC*, No. 23-71, 2023 WL 8007356 (U.S. Nov. 20, 2023) (the "*SoCal Recovery* Opinion"), a copy of which is available on the Ninth Circuit Court of Appeal's website at https://cdn.ca9.uscourts.gov/datastore/opinions/2023/01/03/20-55820.pdf and is attached hereto as Attachment 1 to Exhibit A.

2. The California Department of Housing and Community Development's ("HCD") Group Home Technical Advisory, dated December 2022 (the "HCD Technical Advisory"), a copy of which is available on HCD's website at https://www.hcd.ca.gov/sites/default/files/docs/planning-and-community/group-home-technical-advisory-2022.pdf and is attached hereto as Attachment 2 to Exhibit A.

3. HCD's Letter of Technical Assistance to the City of Costa Mesa, dated November 29, 2023 (the "HCD Letter of Technical Assistance"), a copy of which is available on HCD's website at

https://www.hcd.ca.gov/sites/default/files/docs/planning-and-community/HAU/costa-mesa-group-home-ta-112923.pdf and is attached hereto as Attachment 3 to Exhibit A.

The **_SoCal Recovery_ Opinion** is binding legal precedent that addresses the legal standard on the questions of what evidence is required to establish actual or perceived disability in a discrimination claim brought by the operator of a group home. With respect to the **"actual disability" prong**, the *SoCal Recovery* Opinion holds that "sober living homes and other dwellings intended for occupancy by persons recovering from alcoholism and drug addiction are protected from illegal discrimination against the disabled without the need for [the operator] to present individualized evidence of the 'actual disability' of their residents." *SoCal Recovery*, 56 F.4th 802, 814. Instead, "sober living home operators can satisfy the 'actual disability' prong *on a collective basis* by demonstrating that they serve or intend to serve individuals with actual disabilities." *Id.* (italics in original). With regard to the **"regarded as disabled" prong**, the *SoCal Recovery* Opinion holds that the operators do not need "to show that the City subjectively believed that [the operators] (or those they served) were substantially limited in a major life activity or disabled." *Id.*, at 817. Instead, "[t]o establish disability under the 'regarded as disabled' prong, [operators] need to show that the City perceived their 'clients as being disabled and discriminated against them on that basis.'" *Id.*

The California Department of Housing and Community Development ("HCD") is the executive department responsible for providing guidance about the State of California's housing laws and policies. Its technical advisories and letters of technical assistance provide guidance that is entitled to deference under *Chevron, U.S.A., Inc. v. Natural Resources Defense Council, Inc.*, 467 U.S. 837, 844 (1984) ("*Chevron*"). **HCD's Technical Advisory** and **Letter of Technical Assistance** are "administrative interpretations" of how the State of California's fair housing laws, including California's Fair Employment and Housing Act (FEHA), impact local regulation of

group homes. HCD's Technical Advisory addresses group home regulations in general and HCD's Letter of Technical Assistance specifically addresses the City of Costa Mesa's group home regulations. Although these administrative interpretations are not binding legal precedent, under *Chevron*, "considerable weight should be accorded to an executive department's construction of a statutory scheme it is entrusted to administer, and the principle of deference to administrative interpretations." *Id.*, at 844; *see also Brinker Restaurant Corp. v. Superior Court* (2012) 53 Cal.4th 1004, 1029, fn. 11 ("The DSLE is the state agency empowered to enforced California's labor laws" . . . "The DLSE's opinion letters, while not controlling upon the courts by reason of their authority, do constitute a body of experience and informed judgment to which courts and litigants may properly resort for guidance.").

Pursuant to Rule 201 of the Federal Rules of Evidence ("Rule 201"), Insight requests leave to request that the Court take judicial notice of HCD's Technical Advisory and Letter of Technical Assistance. Each of these documents constitutes a matter of public record. Courts "can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies." *Gerristen v. Warner Bros. Ent. Inc.*, 112 F.Supp.3d 1011, 1033 (C.D. Cal. 2015); *see also Michery v. Ford Motor Co.*, 650 Fed.App'x 338, 342 n.2 (9th Cir. 2016) (granting a request for judicial notice of the existence of documents that were available on a government website). As noted above, the Court may look to HCD's positions for guidance. *See, e.g.*, *Brinker Restaurant Corp. v. Superior Court* (2012) 53 Cal.4th 1004, 1029, fn. 11. Given that their authenticity cannot be reasonably questioned, judicial notice of HCD's administrative interpretations is proper.

If the Court grants this Request, Insight will file its Proposed Notice of Supplemental Legal Authority and Proposed Request for Judicial Notice (Exhibit A) within twenty four (24) hours.

| | |
|---|---|
| Dated: December 12, 2023 | RUTAN & TUCKER, LLP<br>ALISHA PATTERSON<br><br>By: ___*/s/ Alisha Patterson*___<br>Alisha Patterson<br>Attorneys for Plaintiff and Counter-Defendant, INSIGHT PSYCHOLOGY AND ADDICTION, INC. and Counter-Defendants MARY HELEN BEATIFICATO and GERALD GROSSO |