UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   8:20-cv-00504-MEMF-JDE                                    Date: December 28, 2023

Title   *Insight Psychology & Addiction, Inc., et al v. City of Costa Mesa*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  ORDER RE Plaintiff's Request for Leave to File Plaintiff's Notice of Supplemental Authorities [ECF No. 190]**

Plaintiffs Insight Psychology and Addiction, Inc. ("Insight") and Jane Doe ("Doe," collectively, "Plaintiffs") and Counter-Defendants Mary Helen Beatificato ("Beatificato") and Gerald Grosso ("Grosso") filed their Motion for Summary Judgment in December 2021. ECF No. 144 ("Motion"). The Motion was heard on May 12, 2022, and the Court took the Motion under submission. ECF No. 185.

On December 12, 2023, Insight and Doe filed the instant Request for Leave to File Notice of Supplemental Authorities. ECF No. 190 ("Request"). The Request seeks to apprise the Court of a Ninth Circuit decision from November 2023, as well as the California Department of Housing and Community Development's ("HCD") Group Home Technical Advisory (dated December 2022) and Letter of Technical Assistance (dated November 29, 2023). Request at 1–2.

The Request is GRANTED and the Court grants Insight and Doe leave to file their notice of supplemental authority and request for judicial notice. The Court emphasizes that this Order does not grant the request for judicial notice, but merely grants Insight and Doe leave to file the request for judicial notice. To the extent the City of Costa Mesa opposes the request for judicial notice, the City of Costa Mesa must file any such opposition within seven (7) days of the date on which Insight and Doe file their request for judicial notice.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   8:20-cv-00504-MEMF-JDE                                              Date: December 28, 2023

Title      *Insight Psychology & Addiction, Inc., et al v. City of Costa Mesa*

|  | : |
|---|---|
| **Initials of Preparer** | DBE |