# Patterson, Alisha

| | |
|---|---|
| **From:** | Patterson, Alisha |
| **Sent:** | Wednesday, June 5, 2024 5:14 PM |
| **To:** | 'Christopher Lee'; 'Autumn Elliott'; 'Zeenat Hassan'; 'Christopher Brancart' |
| **Cc:** | 'mh@nsightrecovery.com'; 'Seymour Everett'; 'Nydia Shannon'; 'Ashley Slomsky'; 'Ashley Anderson'; Dall, Heather |
| **Subject:** | RE: Insight v. Costa Mesa - Joint Rule 26 Conference |
| **Attachments:** | Joint Rule 26(f) Report for Further Scheduling Conference.docx; Exhibit to Rule 26(f) Report - Scheduling Worksheet.docx; REDLINE - Changes to Joint Report from Version City Sent.pdf; REDLINE - Exhibit to Joint Report.pdf |

Good evening all – I have attached clean copies of signature-ready versions of the Joint Report and its Exhibit (word docs) and redlines (pdfs) that show the changes plaintiffs' made after the City circulated its version of these documents last Thursday. I need to adjust the formatting of the signature blocks to make sure they all fit on one page, but otherwise, these should be ready to go. **Please let me know by responding to this email if my office is authorized to e-sign on your behalf with an "/s/." Tomorrow is the filing deadline.**

**Alisha Patterson**
18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 662-4663
apatterson@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**From:** Patterson, Alisha
**Sent:** Wednesday, June 5, 2024 8:11 AM
**To:** Christopher Lee <clee@everettdorey.com>; 'Autumn Elliott' <Autumn.Elliott@disabilityrightsca.org>; 'Zeenat Hassan' <Zeenat.Hassan@disabilityrightsca.org>; 'Christopher Brancart' <cbrancart@brancart.com>
**Cc:** 'mh@nsightrecovery.com' <mh@nsightrecovery.com>; Seymour Everett <severett@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>; Ashley Slomsky <aslomsky@everettdorey.com>; Ashley Anderson <aanderson@everettdorey.com>
**Subject:** RE: Insight v. Costa Mesa - Joint Rule 26 Conference

Chris – I apologize for the delay. I was in a Planning Commission meeting last night that went very late. Insight's position is #2, with the caveat we flagged in Plaintiffs' joint opposition to the City's motion to dismiss (ECF 35, pg. 21, note 13) that it may be appropriate for the Court to declare parts of the City's Code (e.g., the process for reasonable accommodations that imposes burdens on applicants that the ADA imposes on the City) to be in violation of the ADA and related laws and to enjoin the City from applying those Code sections.

<u>Alisha Patterson</u>
18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 662-4663

apatterson@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Christopher Lee <clee@everettdorey.com>
**Sent:** Tuesday, June 4, 2024 9:07 PM
**To:** Patterson, Alisha <APatterson@rutan.com>; 'Autumn Elliott' <Autumn.Elliott@disabilityrightsca.org>; 'Zeenat Hassan' <Zeenat.Hassan@disabilityrightsca.org>; 'Christopher Brancart' <cbrancart@brancart.com>
**Cc:** 'mh@nsightrecovery.com' <mh@nsightrecovery.com>; Seymour Everett <severett@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>; Ashley Slomsky <aslomsky@everettdorey.com>; Ashley Anderson <aanderson@everettdorey.com>
**Subject:** RE: Insight v. Costa Mesa - Joint Rule 26 Conference

Is it your position that if Insight successfully proves what it is characterizing as facial discrimination of the regulations at trial that 1) the regulations would be invalidated as facially discriminatory as to Plaintiffs but also as to third parties not involved in this lawsuit; 2) the regulations would be invalidated as facially discriminatory as to Plaintiffs but would not be invalidated or affected as to any other parties not involved in this lawsuit; or 3) something else?

**CHRISTOPHER LEE**
PARTNER
EVERETT DOREY LLP

18300 Von Karman Avenue
Suite 900
Irvine CA 92612
D: 949.774.2006
M: 818.571.5085
F: 949.377.3110
E: clee@everettdorey.com
www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Patterson, Alisha <APatterson@rutan.com>
**Sent:** Tuesday, June 4, 2024 7:45 PM
**To:** Christopher Lee <clee@everettdorey.com>; 'Autumn Elliott' <Autumn.Elliott@disabilityrightsca.org>; 'Zeenat Hassan' <Zeenat.Hassan@disabilityrightsca.org>; 'Christopher Brancart' <cbrancart@brancart.com>
**Cc:** 'mh@nsightrecovery.com' <mh@nsightrecovery.com>; Seymour Everett <severett@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>; Ashley Slomsky <aslomsky@everettdorey.com>; Ashley Anderson <aanderson@everettdorey.com>
**Subject:** RE: Insight v. Costa Mesa - Joint Rule 26 Conference

Good evening Chris – Several of the City's parts of the Joint Report say Insight is not asserting a facial discrimination claim. That is not correct. Several of Insight's claims are based on, among other things, "facial discrimination" (i.e., regulations that — on their face — treat people with disabilities different from others). I think you are confusing "facial discrimination" (which Insight is asserting) with a "facial challenge" (which Insight is not). Do you want an opportunity to remove the statements in the City's sections that say Insight is not asserting a facial discrimination claim?


**Alisha Patterson**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 662-4663

apatterson@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**From:** Christopher Lee <clee@everettdorey.com>
**Sent:** Thursday, May 30, 2024 10:03 PM
**To:** Patterson, Alisha <APatterson@rutan.com>; 'Autumn Elliott' <Autumn.Elliott@disabilityrightsca.org>; 'Zeenat Hassan' <Zeenat.Hassan@disabilityrightsca.org>; 'Christopher Brancart' <cbrancart@brancart.com>
**Cc:** 'mh@nsightrecovery.com' <mh@nsightrecovery.com>; Seymour Everett <severett@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>; Ashley Slomsky <aslomsky@everettdorey.com>; Ashley Anderson <aanderson@everettdorey.com>
**Subject:** RE: Insight v. Costa Mesa - Joint Rule 26 Conference

No further revisions – two legal issues are addressed with briefing, the rest are very short sections.

| CHRISTOPHER LEE<br>PARTNER<br> | 18300 Von Karman Avenue<br>Suite 900<br>Irvine CA 92612<br>D: 949.774.2006<br>M: 818.571.5085<br>F: 949.377.3110<br>E: clee@everettdorey.com<br>www.EverettDorey.com |
|---|---|

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Patterson, Alisha <APatterson@rutan.com>
**Sent:** Thursday, May 30, 2024 9:55 PM
**To:** Christopher Lee <clee@everettdorey.com>; 'Autumn Elliott' <Autumn.Elliott@disabilityrightsca.org>; 'Zeenat Hassan' <Zeenat.Hassan@disabilityrightsca.org>; 'Christopher Brancart' <cbrancart@brancart.com>
**Cc:** 'mh@nsightrecovery.com' <mh@nsightrecovery.com>; Seymour Everett <severett@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>; Ashley Slomsky <aslomsky@everettdorey.com>; Ashley Anderson

<aanderson@everettdorey.com>
**Subject:** RE: Insight v. Costa Mesa - Joint Rule 26 Conference

Thank you for sending this Chris. I skimmed the Report quickly, and it looks like the City's sections contain lengthy briefing. Judge Frimpong's Order Setting Scheduling Conference 05.03.2024 repeatedly directs us to keep the various sections of this report "short" or "brief." For example, the "Legal Issues" section is supposed to be "A brief description of the key legal issues, including any unusual substantive, procedural, or evidentiary issues." The City's "Legal Issues" section is over 7 pages long with full briefing on the City's legal arguments. Do you want an opportunity to review Judge Frimpong's Order and pare down the City's sections? If yes, can you please let me know when we can expect to receive the City's revised sections?

**Alisha Patterson**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 662-4663

apatterson@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Christopher Lee <clee@everettdorey.com>
**Sent:** Thursday, May 30, 2024 8:54 PM
**To:** Patterson, Alisha <APatterson@rutan.com>; 'Autumn Elliott' <Autumn.Elliott@disabilityrightsca.org>; 'Zeenat Hassan' <Zeenat.Hassan@disabilityrightsca.org>; 'Christopher Brancart' <cbrancart@brancart.com>
**Cc:** 'mh@nsightrecovery.com' <mh@nsightrecovery.com>; Seymour Everett <severett@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>; Ashley Slomsky <aslomsky@everettdorey.com>; Ashley Anderson <aanderson@everettdorey.com>
**Subject:** RE: Insight v. Costa Mesa - Joint Rule 26 Conference

Attached are the revised documents.

**CHRISTOPHER LEE**
PARTNER



18300 Von Karman Avenue
Suite 900
Irvine CA 92612
D: 949.774.2006
M: 818.571.5085
F: 949.377.3110
E: clee@everettdorey.com
www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Patterson, Alisha <APatterson@rutan.com>
**Sent:** Thursday, May 23, 2024 6:34 PM
**To:** Christopher Lee <clee@everettdorey.com>; 'Autumn Elliott' <Autumn.Elliott@disabilityrightsca.org>; 'Zeenat Hassan' <Zeenat.Hassan@disabilityrightsca.org>; 'Christopher Brancart' <cbrancart@brancart.com>
**Cc:** 'mh@nsightrecovery.com' <mh@nsightrecovery.com>; Seymour Everett <severett@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>; Ashley Slomsky <aslomsky@everettdorey.com>; Ashley Anderson <aanderson@everettdorey.com>
**Subject:** FW: Insight v. Costa Mesa - Joint Rule 26 Conference

Thank you for taking the time to meet and confer today. Here is a summary of what we agreed to.

1. City is not amendable to dismissing counterclaim against Ms. Beatificato and Dr. Grosso unless they stipulate to agree to be bound by any judgment against Insight. Ms. Beatificato and Dr. Grosso will not stipulate to this (it could be highly prejudicial for them to stipulate to agree to be bound by a judgment if they no longer have a seat at the table to represent their interests in the litigation). The City's counterclaim against all Counter-Defendants remains at issue.
2. City will not agree to bifurcation that allows Court to rule on equitable relief for Insight's reasonable accommodation claim (and any other pure legal issues) before a jury trial.
3. We will work together on estimating the number of days we each need for a jury trial so we can jointly submit one trial estimate.
4. City will fill in its blanks in the attached Joint Report and send them to us by **Thursday May 30th**.
5. Insight will finalize its parts of the Joint Report by **Wednesday June 5th** and circulate the final Report to everyone for approval that same day with the understanding that Insight will not change the City's parts of the Report.
6. The filing deadline for Joint Report is **Thursday June 6**.
7. NOT DISCUSSED IN MEETING – It occurred to me after our meeting that the briefing schedule we proposed for equitable relief and any other purely non-jury questions probably won't work because there is less than one week between the June 27 scheduling conference and the proposed date when opening briefs would be due (July 1). We will adjust our proposed briefing schedule and hearing date. We understand the City opposes bifurcation, but we are open to the City's input on the briefing schedule and hearing date if the City wants to provide it.

Thank you in advance for your cooperation moving this process forward.

**Alisha Patterson**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 662-4663

apatterson@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Patterson, Alisha
**Sent:** Thursday, May 23, 2024 3:47 PM
**To:** 'Christopher Lee' <clee@everettdorey.com>; 'Autumn Elliott' <Autumn.Elliott@disabilityrightsca.org>; 'Zeenat Hassan' <Zeenat.Hassan@disabilityrightsca.org>; 'Christopher Brancart' <cbrancart@brancart.com>
**Cc:** 'mh@nsightrecovery.com' <mh@nsightrecovery.com>; 'Seymour Everett' <severett@everettdorey.com>; 'Nydia Shannon' <nshannon@everettdorey.com>; 'Ashley Slomsky' <aslomsky@everettdorey.com>; 'Ashley Anderson' <aanderson@everettdorey.com>
**Subject:** RE: Insight v. Costa Mesa - Joint Rule 26 Conference

Hello Group – In advance of this evening's resumed Rule 26(f) conference, I am circulating a more complete draft of the Joint Report. The ==highlighted== parts will require the City's input. In particular, we to know whether the City's counterclaim and affirmative defenses are still at issue to complete responses to Topics E (parties and evidence), N (trial estimate), and R (schedule worksheet). I look forward to seeing you via zoom at 5:30pm.


**Alisha Patterson**
18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 662-4663
apatterson@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.


**From:** Patterson, Alisha
**Sent:** Friday, May 10, 2024 11:48 AM
**To:** 'Christopher Lee' <clee@everettdorey.com>; 'Autumn Elliott' <Autumn.Elliott@disabilityrightsca.org>; 'Zeenat Hassan' <Zeenat.Hassan@disabilityrightsca.org>; 'Christopher Brancart' <cbrancart@brancart.com>
**Cc:** 'mh@nsightrecovery.com' <mh@nsightrecovery.com>; 'Seymour Everett' <severett@everettdorey.com>; 'Nydia Shannon' <nshannon@everettdorey.com>; 'Ashley Slomsky' <aslomsky@everettdorey.com>; 'Ashley Anderson' <aanderson@everettdorey.com>
**Subject:** RE: Insight v. Costa Mesa - Joint Rule 26 Conference

Hello Group – Thank you for the productive meeting today! Here are my notes on next steps. Please don't forget to reach out to your witnesses and experts to get blocks of time they already know they are unavailable for trial in the next year.

1. The City will schedule a closed session **5/21** to discuss. (NOTE – this will require internal preparation and compliance with 72-hour Brown Act agenda posting so you'll need to get going on this ASAP.)

2. Our next Rule 26(f) meet and confer is scheduled for **Thursday 5/23 at 5:30pm**. Look for a calendar invite from me with a zoom link.

3. The Joint Report is due **6/13**. I will circulate a draft before the next meet and confer. Here is what we agreed to today:
    a. We agree the court has subject matter jurisdiction (Topic C).
    b. We need input on "City Action Items" (below) before we can draft responses to Topics E (parties and evidence), N (trial estimate), and R (schedule worksheet)
    c. Topic F (insurance) is not applicable to Ms. Doe. Other parties will draft their own responses to this Topic.
    d. For Topic H (motions), Insight and Ms. Doe might request bifurcation as outlined below. We all agree that there will be motions in limine if there is a jury trial.
    e. We agreed that Topics G (Manual for Complex Litigation), I (dispositive motions), J (status of discovery), K (discovery plan), L (expert discovery), Q (independent expert or master), and S (class actions) do not apply.
    f. For Topic M (ADR), we believe we have satisfied this requirement by going through mediation with a panel mediator earlier. If the City would like to resume formal ADR, Insight is open to it but is also open to informal settlement negotiations.
    g. We will all write our own responses to Topic O (trial counsel)
    h. There is no unanimous consent to trial by Magistrate Judge (Topic P)
    i. For Topic T (other issues), **we need to reach out to our witnesses, experts, and trial counsel ASAP to get a list of dates over the course of the next year when they know they are unavailable for trial**.
    j. For all other Topics, I will draft a response. Ms. Doe and City can sign on to make it a joint response or can write their own.

4. City Action Items:
    a. Now that the Court has narrowed the City's DJA counterclaim to nuisance based on Insight's housing not having a City permit (see ECF 88 & 90), will the City agree to voluntarily dismiss Mary Helen Beatificato and Gerald Grosso? As individuals, there are no permits or licenses Ms. Beatificato and Mr. Grosso needed to get or could have gotten from the City for Insight's housing (i.e., the City issues permits and licenses to the property or the business, not the individuals who own or lease the property or own the business). In addition, claims against Mr. Grosso are moot – he has been retired for several years now.
    b. Which of the City's affirmative defenses still need to be litigated? See chart pasted below at the end of this email.
    c. Will the City agree to bifurcation of the remaining issues as set forth below?
        i. PHASE 1 — Bench trial or briefing and hearing on:
            1. Equitable relief (i.e., injunction & declaratory relief) for Insight & Ms. Doe's reasonable accommodation claim for which liability has been established by MSJ order.
            2. City's DJA counterclaim, as narrowed by ECF 88 & 90.
            3. Any other purely legal questions:
                a. City's failure to exhaust affirmative defense.
                b. City's failure to present a Government Claim affirmative defense.
        ii. PHASE 2 — Jury trial on:
            1. Insight & Ms. Doe:
                a. Disparate Treatment Claim
                b. Methods of Administration Claim
                c. Disparate Impact Claim
                d. Equal Protection Claim (§ 1983)
                e. Substantive Due Process Claim (§ 1983)
                f. Damages for failure to accommodate and any other claim for which the jury finds liability.
            2. City:
                a. Anything?
        iii. PHASE 3 – Attorneys' Fees

7

1. Insight & Ms. Doe are entitled to prevailing party attorneys' fees for establishing liability on reasonable accommodation claim.
2. City included attorneys' fees in its prayer for relief in its DJA counterclaim, but it is not clear what this is based on. Can the City provide a statute that says it is entitled to attorneys' fees if it prevails on this counterclaim?

| City's Affirmative Defenses | Insight's Position |
|---|---|
| 1. Legitimate Use of Zoning Powers | This is arguably built into the burden shifting for disparate impact, but City must attempt to minimize unintended discriminatory effects.<br><br>This is not a defense to failure to accommodate or disparate treatment based on *Arlington Heights*. |
| 2. Statute of Limitations | Not clear which SOL(s) this is based on. |
| 3. Failure to Mitigate | Only relates to compensatory damages. |
| 4. Failure to Exhaust | Legal Issue – Insight appealed decision to PC and CC. No other exhaustion required. |
| 5. Failure to Present a Government Claim | Legal Issue – Gov. claim is not required for the claims at issue in this litigation. |
| ~~6. Unclean Hands~~ | Stricken per 3/4/21 Order (ECF 88) |
| 7. Lack of Standing | Ms. Doe's standing established by 10/2/20 Order (ECF 38). City has never disputed Insight's standing. |
| 8. Laches | Not clear what law or facts this is based on. |
| 9. Fundamental Alteration | Only relates to reasonable accommodation claim where MSJ Order (ECF 194) determined liability. MSJ order found City presented no evidence of fundamental alteration (ECF 194, pg. 34:1-11). |
| 10. Benefit the Disabled | Factual question. Only relates to disparate treatment claim. |
| ~~11. Business is Barred~~ | Stricken per 3/4/21 Order [ECF 88] |
| 12. Subsequently Discovered Defenses | Too late to raise new affirmative defenses. |

**Alisha Patterson**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 662-4663
apatterson@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Patterson, Alisha
**Sent:** Friday, May 10, 2024 8:58 AM
**To:** Christopher Lee <clee@everettdorey.com>; Autumn Elliott <Autumn.Elliott@disabilityrightsca.org>; Zeenat Hassan <Zeenat.Hassan@disabilityrightsca.org>; Christopher Brancart <cbrancart@brancart.com>
**Cc:** mh@nsightrecovery.com; Seymour Everett <severett@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>; Ashley Slomsky <aslomsky@everettdorey.com>; Ashley Anderson <aanderson@everettdorey.com>
**Subject:** RE: Insight v. Costa Mesa - Joint Rule 26 Conference

Good morning all – I have attached a shell of the Joint Rule 26(f) report for today's zoom meeting. It outlines the topics we need to discuss, but nothing is filled in other than the topics the Court anticipated are no longer at issue (which are highlighted). I look forward to speaking with you today!


**Alisha Patterson**
18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 662-4663
apatterson@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.


**From:** Christopher Lee <clee@everettdorey.com>
**Sent:** Monday, March 25, 2024 4:13 PM
**To:** Patterson, Alisha <APatterson@rutan.com>; Autumn Elliott <Autumn.Elliott@disabilityrightsca.org>; Zeenat Hassan <Zeenat.Hassan@disabilityrightsca.org>; Christopher Brancart <cbrancart@brancart.com>
**Cc:** mh@nsightrecovery.com; Seymour Everett <severett@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>; Ashley Slomsky <aslomsky@everettdorey.com>; Ashley Anderson <aanderson@everettdorey.com>
**Subject:** RE: Insight v. Costa Mesa - Joint Rule 26 Conference

May 10 works for me.

| | |
|---|---|
| **CHRISTOPHER LEE**<br>PARTNER<br> | 18300 Von Karman Avenue<br>Suite 900<br>Irvine CA 92612<br>D: 949.774.2006<br>M: 818.571.5085<br>F: 949.377.3110<br>E: clee@everettdorey.com<br>www.EverettDorey.com |

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Patterson, Alisha <APatterson@rutan.com>
**Sent:** Monday, March 25, 2024 4:03 PM
**To:** Seymour Everett <severett@everettdorey.com>; Christopher Lee <clee@everettdorey.com>; Autumn Elliott <Autumn.Elliott@disabilityrightsca.org>; Zeenat Hassan <Zeenat.Hassan@disabilityrightsca.org>; Christopher Brancart <cbrancart@brancart.com>
**Cc:** mh@nsightrecovery.com
**Subject:** Insight v. Costa Mesa - Joint Rule 26 Conference

Good evening counsel – It has been a long time since we spoke. I hope you are well! Per the attached scheduling order, we are required to meet and confer by June 13th and file an updated joint Rule 26(f) report by June 20th. Can we schedule a date for our meeting in late April or early May so we are not in a time crunch getting the joint report finished? I am fairly open April 22, 24, 25, and 26 and May 8 and 10.

**Alisha Patterson**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 662-4663

apatterson@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.