1  Mary Helen Beatificato, Esq. (State Bar No. 220936)
   Insight Psychology and Addiction, Inc.
2  4000 Birch Street, Suite 112
   Newport Beach, CA 92660
3  Telephone:   (949) 216-3851
   Facsimile:   (949) 467-9945
4
   Alisha Patterson (State Bar No. 274630)
5  apatterson@rutan.com
   RUTAN & TUCKER, LLP
6  18575 Jamboree Road, 9th Floor
   Irvine, CA 92612
7  Telephone:   714-641-5100
   Facsimile:   714-546-9035
8
   Attorneys for Plaintiff and Counter-Defendant
9  INSIGHT PSYCHOLOGY AND ADDICTION,
   INC. and Counter-Defendants MARY HELEN
10 BEATIFICATO and GERALD GROSSO

11 [Additional Attorneys Listed on Next Page]

12                 UNITED STATES DISTRICT COURT

13         CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| 14  INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation, and JANE DOE, an individual, | Case No. 8:20−cv−00504−MEMF−JDE |
| | Judge:  Honorable Maame Ewusi-Mensah Frimpong |
| | Ctrm:   8B |
| 17                Plaintiffs, | **PLAINTIFFS' JOINT OPPOSITION TO CITY'S *EX PARTE* APPLICATION TO MODIFY SCHEDULING ORDER TO ALLOW CITY'S MOTION FOR RECONSIDERATION TO BE HEARD, TO REINSTATE THE STRICKEN MOTION FOR RECONSIDERATION OR ALLOW THE MOTION TO BE RE-FILED, AND TO CONTINUE FEBRUARY 27, 2025 HEARING ON PLAINTIFFS' MOTION FOR INJUNCTION IN ORDER TO RULE ON THE CITY'S MOTION FOR RECONSIDERATION OR TO ALLOW A NOTICED MOTION TO MODIFY THE SCHEDULING ORDER AND TO HEAR THE MOTION FOR RECONSIDERATION** |
| 18       vs. | |
| 19  CITY OF COSTA MESA, a municipal corporation; and DOES 1-10, inclusive, | |
| 20                Defendants. | |
| 21  CITY OF COSTA MESA, a municipal corporation, | |
| 23                Counter-Plaintiff, | |
| 24       vs. | |
| 25  INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation; MARY HELEN BEATIFICATO, an individual; GERALD GROSSO, an individual; and ROES 1-50, | |
| 28                Counter-Defendants. | Date Action Filed:  March 12, 2020 |
| | Trial Date:          October 27, 2025 |

2499/035905-0001
21753957.1 a01/31/25                    -1-           Case No. 8:20-cv-00504 MEMF−JDE
                                                      PLAINTIFFS' JOINT OPPOSITION TO
                                                      CITY'S *EX PARTE* APPLICATION

## **ADDITIONAL ATTORNEYS**

Autumn M. Elliott (State Bar No. 230043)
Zeenat Hassan (State Bar No. 294138)
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Street, Suite 290
Los Angeles, CA 90017
Tel.: (213) 213-8000
Fax: (213) 213-8001
Autumn.Elliott@disabilityrightsca.org
Zeenat.Hassan@disabilityrightsca.org

Christopher Brancart (State Bar No. 128475)
BRANCART & BRANCART
P. O. Box 686
Pescadero, CA 94060
Tel.: (650) 879-0141
Fax: (650) 879-1103
cbrancart@brancart.com

Attorneys for PLAINTIFF JANE DOE

Among other deficiencies, the *Ex Parte* Application filed by Defendant and Counter-Plaintiff City of Costa Mesa ("City") (Electronic Case File ["ECF"] 235) neglects to advise the Court that Plaintiff and Counter-Defendant Insight Psychology and Addiction, Inc. ("Insight") and Plaintiff Jane Doe ("Ms. Doe") (collectively "Plaintiffs") both informed the City that they oppose the Application. Local Rule 7-19.1(b) ("It shall be the duty of the attorney so applying … to advise the Court in writing and under oath of efforts to contact other counsel and whether any other counsel, after such advice, opposes the application."). Plaintiffs oppose the City's Application for the reasons set forth in the email chain attached hereto as Exhibit 1.

Dated: January 31, 2025

RUTAN & TUCKER, LLP
ALISHA PATTERSON

By:   */s/ Alisha Patterson*
Alisha Patterson

Attorneys for Plaintiff and Counter-Defendant, INSIGHT PSYCHOLOGY AND ADDICTION, INC. and Counter-Defendants MARY HELEN BEATIFICATO and GERALD GROSSO

Dated: January 31, 2025

DISABILITY RIGHTS CALIFORNIA

By:  */s/ Autumn Elliott (with permission)*
Autumn Elliott
Zeenat Hassan

Attorneys for Plaintiff JANE DOE