UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation, and JANE DOE, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants.<br><hr>CITY OF COSTA MESA,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>INSIGHT PSYCHOLOGY AND ADDICTION, INC.,<br><br>　　　　　Counter-Defendants. | Case No.: 8:20−cv−00504−MEMF−JDE<br><br>**ORDER DENYING *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE TRIAL DATE, FINAL PRETRIAL CONFERENCE, AND ASSOCIATED PRETRIAL DEADLINES [ECF NO. 247]** |

　　On July 2, 2025, Plaintiff and Counter-Defendant Insight Psychology and Addiction, Inc. and Counter-Defendants Mary Helen Beatificato and Gerald Grosso (collectively "Insight Parties") filed their Ex Parte Application for an Order Continuing the Trial Date, Final Pretrial Conference, and Associated Pretrial Deadlines if the City's Motion for Reconsideration (ECF No. 233) is Still Pending

on August 1, 2025. Defendant and Counter-Plaintiff City of Costa Mesa and Plaintiff Jane Doe did not oppose this request.

The Court has now issued an order on the City's Motion for Reconsideration. Given that the City's Motion concerned only one set of claims, and given the time remaining before the parties are required to submit their pretrial filings, there is no good cause to modify the Civil Trial Order.

IT IS SO ORDERED.

Dated: August 11, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge