**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
  clee@everettdorey.com
2030 Main Street, Suite 1200
Irvine, California 92614
Phone: 949-771-9233
Fax: 949-377-3110

**JONES & MAYER**
Kimberly Hall Barlow, Esq., SBN 149902
khb@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant and Counter-Plaintiff, CITY OF COSTA MESA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-10, inclusive,<br><br>            Defendant. | **Case No. 8:20-cv-00504-MEMF-JDE**<br><br>Assigned to the Hon. Maame Ewusi-Mensah Frimpong<br><br>**JOINT STIPULATION TO REPLACE EXHIBITS "2" – "10" (DKT. NOS. DKT. 282-3 TO 282-11) TO THE DECLARATION OF CHRISTOPHER D. LEE IN SUPPORT OF THE CITY'S OPPOSITION (DKT. 282) TO PLAINTIFFS' MOTION *IN LIMINE* NO. 1 WITH REDACTED VERSIONS** |
| CITY OF COSTA MESA, a municipal corporation,<br><br>            Counter-Plaintiff,<br><br>    vs.<br><br>INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation; MARY HELEN BEATIFICATO, an individual; GERALD GROSSO, an individual; and | |

ROES 1-50,

        Counter-Defendants.

SUBJECT TO THE APPROVAL OF THE COURT, all of the parties appearing in the above-captioned lawsuit stipulate to the following:

WHEREAS, on September 24, 2025, Defendant and Counter-Plaintiff City of Costa Mesa ("the City") filed its Opposition (Dkt. 282) to Plaintiffs' Motion *in Limine* No. 1 (Dkt. 268) in this action;

WHEREAS, the City's counsel included documents as Exhibits "2" – "10" (Dkt. 282-3 to 282-11) to the Declaration in support of the Opposition;

WHEREAS, in order to avoid the need to apply to have Exhibits "2" – "10" sealed by this Court, the parties agree to replace Exhibits "2" – "10" with redacted versions of the documents that withholds names, addresses, telephone numbers, and dates of birth of persons listed on the documents (a copy of such redacted versions are attached hereto as Exhibits "2b" – "10b");

WHEREAS, Plaintiffs do not hereby waive any objections to the Exhibits.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the parties in this action, by and through their attorneys of record, stipulate to the following:

1. That Exhibits "2" – "10" (Dkt. 282-3 to 282-11) be removed from the file and records in this action and be replaced with the redacted versions attached hereto as Exhibits "2b" – "10b."

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: September 29, 2025 | | INSIGHT PSYCHOLOGY AND RECOVERY, INC.<br>MARY HELEN BEATIFICATO |
| | By: | /s/ Alisha Patterson<br>Mary Helen Beatificato, Esq.<br>Attorneys for Plaintiff and Counter-Defendant<br>INSIGHT PSYCHOLOGY AND ADDICTION, INC. |
| Dated: September 29, 2025 | | EVERETT DOREY LLP |
| | By: | /s/ Christopher Lee<br>Seymour B. Everett, III<br>Samantha E. Dorey<br>Christopher D. Lee<br>Attorneys for Defendant and Counter-Plaintiff CITY OF COSTA MESA |
| Dated: September 29, 2025 | | LAW OFFICE OF AUTUMN ELLIOTT |
| | By: | /s/ Autumn Elliott<br>Autumn M. Elliott<br>Attorney for Plaintiff JANE DOE |
| Dated: September 29, 2025 | | DISABILITY RIGHTS CALIFORNIA |
| | By: | /s/ Zeenat Hassan<br>Zeenat Hassan<br>Attorney for Plaintiff JANE DOE |

## L. R. 5-4.3.4(a)(2)(i) Attestation

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

File No. 1029-16

# PROOF OF SERVICE

**Insight Psychology and Addiction Inc. v. City of Costa Mesa**
**Case No. 8:20-cv-00504-MEMF-(JDEx)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 2030 Main Street, Suite 1200, Irvine, CA 92614.

On September 29, 2025, I served true copies of the following document(s) described as

**JOINT STIPULATION TO REPLACE EXHIBITS "2" – "10" (DKT. NOS. DKT. 282-3 TO 282-11) TO THE DECLARATION OF CHRISTOPHER D. LEE IN SUPPORT OF THE CITY'S OPPOSITION (DKT. 282) TO PLAINTIFFS' MOTION *IN LIMINE* NO. 1 WITH REDACTED VERSIONS**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 29, 2025, at Irvine, California.

*/s/ Nydia Shannon*
Nydia Shannon

File No. 1029-16

**SERVICE LIST**
**Insight Psychology and Addiction Inc. v. City of Costa Mesa**
**Case No. 8:20-cv-00504-MEMF-(JDEx)**

| | |
|---|---|
| Mary Helen Beatificato, Esq.<br>INSIGHT PSYCHOLOGY AND ADDICTION, INC.<br>4000 Birch Street, Suite 112<br>Newport Beach, California 92660<br>Phone: (949) 216-3851<br>Email: mh@nsightrecovery.com | *Attorney for Plaintiff*<br>INSIGHT PSYCHOLOGY AND ADDICTION, INC., and Counter-Defendants MARY HELEN BEATIFICATO AND GERALD GROSSO |
| Alisha Patterson<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA 92612<br>Telephone: 714-641-5100<br>apatterson@rutan.com | |
| Autumn M. Elliott, Esq. (SBN 230043)<br>Law Office of Autumn Elliott<br>Autumn@elliottimpact.com<br>325 N. Larchmont Blvd., Suite 307<br>Los Angeles, CA 90004<br>(213) 500-9454 | *Attorneys for Plaintiff*<br>JANE DOE |
| Andrea Rodriguez (SBN 290169)<br>Zeenat Hassan (SBN 294138)<br>Disability Rights California<br>350 S Bixel Street, Suite 290<br>Los Angeles, CA 90017<br>Telephone: (213) 213-8000<br>andrea.rodriguez@disabilityrightsca.org<br>Zeenat.Hassan@disabilityrightsca.org | |
| Christopher Brancart<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060<br>Phone: (650) 879-0141<br>Email: cbrancart@brancrart.com | |

4928-9953-0093.1

-5-                                    8:20-cv-00504-MEMF-JDE

JOINT STIPULATION TO REPLACE EXHIBITS WITH REDACTED VERSIONS