UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation, and JANE DOE, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 8:20−cv−00504−MEMF−JDE<br><br>Honorable Maame Ewusi-Mensah Frimpong<br>Courtroom 8B<br><br>**ORDER GRANTING REQUEST FOR LEAVE OF COURT FOR MULTIPLE PARTIES TO COLLECTIVELY FILE A TOTAL OF SIX MOTIONS IN LIMINE OF PLAINTIFF JANE DOE, PLAINTIFF AND COUNTER-DEFENDANT INSIGHT PSYCHOLOGY AND ADDICTION, INC. AND COUNTER-DEFENDANTS MARY HELEN BEATIFICATO, AND GERALD GROSSO [DKT. NO. 272]**<br><br>Date Action Filed: March 12, 2020<br>Trial Date:　　　　October 27, 2025 |
| CITY OF COSTA MESA, a municipal corporation,<br><br>　　　　Counter-Plaintiff,<br><br>vs.<br><br>INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation; MARY HELEN BEATIFICATO, an individual; GERALD GROSSO, an individual; and ROES 1-50,<br><br>　　　　Counter-Defendants. | |

/ / /

/ / /

On September 10, 2025, Plaintiff and Counter-Defendant, Insight Psychology & Addiction. Inc. ("Insight"), Plaintiff Jane Doe ("Ms. Doe"), and Counter-Defendants Mary Helen Beatificato ("Ms. Beatificato") and Gerald Grosso ("Dr. Grosso") filed a request the Court's permission to collectively file a total of six motions in limine.

The Court, having considered Plaintiffs and Counter-Defendants' Request for Leave and finding good cause therefor, hereby GRANTS the Request and ORDERS as follows: Plaintiffs and Counter-Defendants may collectively file six motions in limine, one of which seeks to exclude testimony and reports of two of the City's designated expert witnesses.

IT IS SO ORDERED.

Dated: September 30, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge