**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendant.<br><br>CITY OF COSTA MESA, a municipal corporation,<br><br>　　　　Counter-Plaintiff,<br><br>　vs.<br><br>INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation; MARY HELEN BEATIFICATO, an individual; GERALD GROSSO, an individual; and ROES 1-50,<br><br>　　　　Counter-Defendants. | Case No. 8:20-cv-00504-MEMF-JDE<br><br>**ORDER REGARDING JOINT STIPULATION TO REPLACE EXHIBITS 2–10 (DKT. NOS. 282-3 TO 282-11) TO THE DECLARATION OF CHRISTOPHER D. LEE IN SUPPORT OF THE CITY'S OPPOSITION (DKT. 282) TO PLAINTIFFS' MOTION *IN LIMINE* NO. 1 WITH REDACTED VERSIONS** |

## ORDER

The Court has considered the parties' Joint Stipulation to Replace Exhibits 2–10 (Dkt. 282-3 to 282-11) to the Declaration of Christopher D. Lee in Support of the City's Opposition (Dkt. No. 282) to Plaintiffs' Motion *in Limine* (Dkt. No. 268) with redacted versions. Rather than granting the Stipulation (due to the logistical difficulty of replacing items on the docket), this Court has ORDERED that the Clerk's Office immediately seal the exhibits at issue on the docket. The exhibits have therefore been sealed pending further order of the Court.

The parties are ORDERED to file a proper request to file these exhibits under seal in accordance with Local Rule 79-5-2. Should the parties instead wish for the Court to strike those exhibits and not consider them for any purpose, the parties shall file such a request and separately file the redacted documents that the Court is to consider.

**IT IS HEREBY ORDERED THAT:**

1. Documents 282-3 to 282-11 in this action (Exhibits 2-10) shall be sealed pending the Court's determination on a proper motion to seal.

2. By October 6, 2025, the parties shall either (1) file a proper request to seal or (2) file a request to strike the exhibits as well as separately file the redacted documents the Court is to consider.

IT IS SO ORDERED.

Dated: October 2, 2025     By: _____
                               Maame Ewusi-Mensah Frimpong
                               United States District Court