**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
　severett@everettdorey.com
Samantha E. Dorey, SBN 281006
　sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
　clee@everettdorey.com
2030 Main Street, Suite 1200
Irvine, California 92614
Phone: 949-771-9233
Fax: 949-377-3110

**JONES & MAYER**
Kimberly Hall Barlow, Esq., SBN 149902
khb@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant and Counter-Plaintiff, CITY OF COSTA MESA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendant. | **Case No. 8:20-cv-00504-MEMF-JDE**<br>Assigned to Hon. Maame Ewusi-Mensah Frimpong<br><br>**REQUEST FOR HEARING**<br><br>**DEFENDANT CITY OF COSTA MESA'S STATEMENT ON TIME ESTIMATE FOR TRIAL** |
| CITY OF COSTA MESA, a municipal corporation,<br><br>　　　　Counter-Plaintiff,<br><br>vs.<br><br>INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation; MARY HELEN BEATIFICATO, an individual; GERALD GROSSO, an individual; and ROES 1-50. | Action Filed:　March 12, 2020<br>Trial Date:　　October 27, 2025 |

Counter-Defendants.

The City does not object to the Court's allowance of 16 hours to each side, but should the Court be inclined to grant additional time to the Plaintiffs, the City requests the same amount of additional time.

The City's counsel objects and refutes the statement by Plaintiffs' counsel that the City would purposefully try to waste Plaintiffs' trial time. The continued attacks are not warranted or productive.

The City's counsel will meet and confer and work in good faith with Plaintiffs' counsel on exhibit-related stipulations, including the issue of authenticity.

DATED:  October 17, 2025         EVERETT DOREY LLP

By: /s/ 
Seymour B. Everett, III
Samantha E. Dorey
Christopher D. Lee
Attorneys for Defendant and Counter-Plaintiff, CITY OF COSTA MESA

File No. 1029-16

# PROOF OF SERVICE

**Insight Psychology and Addiction Inc. v. City of Costa Mesa**
**Case No. 8:20-cv-00504-JVS-(JDEx)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 2030 Main Street, Suite 1200, Irvine, CA 92614.

On October 17, 2025, I served true copies of the following document(s) described as

**DEFENDANT CITY OF COSTA MESA'S STATEMENT ON TIME ESTIMATE FOR TRIAL**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address nshannon@everettdorey.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 17, 2025, at Irvine, California.

_____
Nydia Shannon

File No. 1029-16

# SERVICE LIST
**Insight Psychology and Addiction Inc. v. City of Costa Mesa**
**Case No. 8:20-cv-00504-JVS-(JDEx)**

| | |
|---|---|
| Mary Helen Beatificato, Esq.<br>INSIGHT PSYCHOLOGY AND ADDICTION, INC.<br>4000 Birch Street, Suite 112<br>Newport Beach, California 92660<br>Phone: (949) 216-3851<br>Email: mh@nsightrecovery.com | *Attorney for Plaintiff*<br>INSIGHT PSYCHOLOGY AND ADDICTION, INC. |
| Alisha Patterson<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA 92612<br>Telephone: 714-641-5100<br>apatterson@rutan.com | |
| Autumn M. Elliott, Esq. (SBN 230043)<br>Law Office of Autumn Elliott<br>Autumn@elliottimpact.com<br>325 N. Larchmont Blvd., Suite 307<br>Los Angeles, CA 90004<br>(213) 500-9454 | *Attorneys for Plaintiff*<br>JANE DOE |
| Zeenat Hassan (SBN 294138)<br>Disability Rights California<br>350 S Bixel Street, Suite 290<br>Los Angeles, CA 90017<br>Telephone: (213) 213-8000<br>Zeenat.Hassan@disabilityrightsca.org | |
| Christopher Brancart<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060<br>Phone: (650) 879-0141<br>Email: cbrancart@brancrart.com<br>mdahl@brancart.com | |

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

4923-7027-2116.1

-4-                        8:20-cv-00504-MEMF-JDE
CITY'S STATEMENT ON TIME ESTIMATE FOR TRIAL