**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
  clee@everettdorey.com
2030 Main Street, Suite 1200
Irvine, California 92614
Phone: 949-771-9233
Fax: 949-377-3110

**JONES & MAYER**
Kimberly Hall Barlow, Esq., SBN 149902
khb@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant and Counter-Plaintiff, CITY OF COSTA MESA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-10, inclusive,<br><br>    Defendant. | **Case No. 8:20-cv-00504-MEMF-JDE**<br>Assigned to Hon. Maame Ewusi-Mensah Frimpong<br><br>**JOINT NOTICE OF FULL SETTLEMENT; REQUEST TO VACATE TRIAL; WITHDRAWAL OF REQUEST FOR SANCTIONS** |
| CITY OF COSTA MESA, a municipal corporation,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation; MARY HELEN BEATIFICATO, an individual; GERALD GROSSO, an individual; and ROES 1-50,<br><br>    Counter-Defendants. | Action Filed:  March 12, 2020<br>Trial Date:    October 27, 2025 |

The Parties have reached a final settlement of this action, including a release of all claims and dismissal of all operative complaints and counter-claims. The settlement contemplates completion of pre-requisite terms before a joint request for dismissal is filed, likely within 30 days. Therefore, the Parties request that the trial in this matter, set for October 27, 2025, be vacated, and that a deadline for the Parties to submit a Rule 41 joint request for dismissal be set for 60 days from this filing.

The Parties hereby withdraw all pending motions and requests, including Plaintiffs' request for sanctions against the City and the City's counsel.

DATED: October 24, 2025          EVERETT DOREY LLP

By: _____
Seymour B. Everett, III
Samantha E. Dorey
Christopher D. Lee
Attorneys for Defendant and Counter-Plaintiff, CITY OF COSTA MESA

Dated: October 24, 2025          RUTAN & TUCKER, LLP
                                 ALISHA PATTERSON

By: */s/ Alisha Patterson (with permission)*
Alisha Patterson
Attorneys for Plaintiff and Counter-Defendant, INSIGHT PSYCHOLOGY AND ADDICTION, INC. and Counter-Defendants MARY HELEN BEATIFICATO and GERALD GROSSO

Dated: October 24, 2025          LAW OFFICE OF AUTUMN ELLIOTT

By:*/s/ Autumn M. Elliott (with permission)*
Autumn M. Elliott
Attorneys for Plaintiff JANE DOE

-2-          8:20-cv-00504-MEMF-JDE
JOINT NOTICE OF FULL SETTLEMENT; REQUEST TO VACATE TRIAL; WITHDRAWAL OF REQUEST FOR SANCTIONS

File No. 1029-16

# PROOF OF SERVICE

**Insight Psychology and Addiction Inc. v. City of Costa Mesa**
**Case No. 8:20-cv-00504-JVS-(JDEx)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 2030 Main Street, Suite 1200, Irvine, CA 92614.

On October 24, 2025, I served true copies of the following document(s) described as

**JOINT NOTICE OF FULL SETTLEMENT; REQUEST TO VACATE TRIAL; WITHDRAWAL OF REQUEST FOR SANCTIONS**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 24, 2025, at Irvine, California.

/s/ Areka Bianco
Areka Bianco

File No. 1029-16

# SERVICE LIST
**Insight Psychology and Addiction Inc. v. City of Costa Mesa**
**Case No. 8:20-cv-00504-JVS-(JDEx)**

| | |
|---|---|
| Mary Helen Beatificato, Esq.<br>INSIGHT PSYCHOLOGY AND ADDICTION, INC.<br>4000 Birch Street, Suite 112<br>Newport Beach, California 92660<br>Phone: (949) 216-3851<br>Email: mh@nsightrecovery.com | *Attorney for Plaintiff*<br>INSIGHT PSYCHOLOGY AND ADDICTION, INC. |
| Alisha Patterson<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road, 9th Floor<br>Irvine, CA 92612<br>Telephone: 714-641-5100<br>apatterson@rutan.com | |
| Autumn M. Elliott, Esq. (SBN 230043)<br>Law Office of Autumn Elliott<br>Autumn@elliottimpact.com<br>325 N. Larchmont Blvd., Suite 307<br>Los Angeles, CA 90004<br>(213) 500-9454 | *Attorneys for Plaintiff*<br>JANE DOE |
| Zeenat Hassan (SBN 294138)<br>Disability Rights California<br>350 S Bixel Street, Suite 290<br>Los Angeles, CA 90017<br>Telephone: (213) 213-8000<br>Zeenat.Hassan@disabilityrightsca.org | |
| Christopher Brancart<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060<br>Phone: (650) 879-0141<br>Email: cbrancart@brancrart.com<br>mdahl@brancart.com | |

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

4919-9752-8436.1 -2- 8:20-cv-00504-MEMF-JDE
JOINT NOTICE OF FULL SETTLEMENT; REQUEST TO VACATE TRIAL; WITHDRAWAL OF REQUEST FOR SANCTIONS