Mary Helen Beatificato, Esq. (State Bar No. 220936)
Insight Psychology and Addiction, Inc.
4000 Birch Street, Suite 112
Newport Beach, CA 92660
Telephone: (949) 216-3851
Facsimile: (949) 467-9945

Alisha Patterson (State Bar No. 274630)
apatterson@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff and Counter-Defendant INSIGHT PSYCHOLOGY AND ADDICTION, INC. and Counter-Defendants MARY HELEN BEATIFICATO and GERALD GROSSO

[Additional Parties Listed on Next Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation, and JANE DOE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>CITY OF COSTA MESA, a municipal corporation,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>INSIGHT PSYCHOLOGY AND ADDICTION, INC., a California corporation; MARY HELEN BEATIFICATO, an individual; GERALD GROSSO, an individual; and ROES 1-50,<br><br>Counter-Defendants. | Case No. 8:20−cv−00504−MEMF−JDE<br><br>Honorable Maame Ewusi-Mensah Frimpong<br>Courtroom 8B<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Date Action Filed: March 12, 2020<br>Trial Date: October 27, 2025 |

**Additional Attorneys of Record**

Andrea Rodriguez (State Bar No. 290169)
Zeenat Hassan (State Bar No. 294138)
DISABILITY RIGHTS CALIFORNIA
530 B Street, Suite 400
San Diego, CA 92101
Tel.: (619) 814-8503
Fax: (619) 239-7906
Andrea.Rodriguez@disabilityrightsca.org
Zeenat.Hassan@disabilityrightsca.org

Autumn M. Elliott (State Bar No. 230043)
LAW OFFICE OF AUTUMN ELLIOTT
325 N. Larchmont Blvd., Ste. 307
Los Angeles, CA 90004
Tel: (213) 500-9494
autumn@elliottimpact.com

Christopher Brancart, SBN 128475
BRANCART & BRANCART
P. O. Box 686
Pescadero, CA 94060
Tel.: (650) 879-0141
Fax: (650) 879-1103
cbrancart@brancart.com

Attorneys for PLAINTIFF JANE DOE


EVERETT DOREY LLP
Seymour B. Everett, III, (SBN 223441)
severett@everettdorey.com
Samantha E. Dorey (SBN 281006)
sdorey@everettdorey.com
Christopher D. Lee (SBN 280738)
clee@everettdorey.com
Ashley C. Anderson (SBN 322204)
aanderson@everettdorey.com
2030 Main Street, Suite 1200
Irvine, California 92614
(949) 771-9233; (949) 377-3110 fax

JONES & MAYER
Kimberly Hall Barlow (SBN 149902)
khb@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
(714) 446-1400; (714) 446-1448 fax

Attorneys for Defendant and Counter-Plaintiff
CITY OF COSTA MESA

Plaintiff and Counter-Defendant Insight Psychology and Addiction, Inc. ("Insight"), Plaintiff Jane Doe ("Ms. Doe"), Counter-Defendant Mary Helen Beatificato ("Ms. Beatificato"), Counter-Defendant Gerald Grosso ("Dr. Grosso"), and Defendant and Counter-Plaintiff City of Costa Mesa ("City"), hereby jointly stipulate as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Insight, Ms. Doe, Ms. Beatificato, Dr. Grosso and City, hereby jointly stipulate to the dismissal of this action with prejudice as to all Claims filed by Insight and Ms. Doe and all Counterclaims filed by the City in this Action.

2. Except as set forth in that certain Settlement Agreement and Mutual Release executed by the parties on or about October 24, 2025, each party will bear his, her or its own attorneys' fees and costs.

3. The filer attests on the signature page of this document that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 21, 2025

RUTAN & TUCKER, LLP

By: /s/ Alisha Patterson
Alisha Patterson
Attorneys for Plaintiff and Counter-Defendant, INSIGHT PSYCHOLOGY AND ADDICTION, INC. and Counter-Defendants MARY HELEN BEATIFICATO and GERALD GROSSO

Dated: November 24, 2025

LAW OFFICE OF AUTUMN ELLIOTT

By: /s/ Autumn M. Elliott (w/ permission)
Autumn M. Elliott
Attorneys for Plaintiff JANE DOE

1  Dated: November 21, 2025          EVERETT DOREY LLP

3                                    By: */s/ Christoper D. Lee (w/ permission)*
                                        Seymour B. Everett, III
4                                       Samantha E. Dorey
                                        Christopher D. Lee
5                                       Ashley C. Anderson
                                        Attorneys for Defendant and Counter-
6                                       Plaintiff CITY OF COSTA MESA